IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

IN ADMIRALTY

CASE NO. _____

IN THE MATTER OF:

THE COMPLAINT OF KEY WEST JETSKI,
INC. AS OWNER OF THE YAMAHA PERSONAL
WATERCRAFT (HULL ID# YAMA0773A121)
ITS ENGINES, TACKLE, APPURTENANCES,
EQUIPMENT, ETC. IN A CAUSE FOR EXONERATION
FROM OR LIMITATION OF LIABILITY,

  Petitioner.
_____/

## COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIAIBLITY

  WHEREAS KEY WEST JETSKI, INC. (the "Petitioner"), as the owner of the Yamaha Pleasure Watercraft bearing Hull ID# YAMA0773A121 (the "Vessel"), by and through their undersigned counsel, file this Petition for Exoneration from or Limitation of Liability pursuant to Chapter 30501 *et. seq.* of Title 46, United States Code, and Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims.

### JURISDICTION, PARTIES AND VENUE

  1. This is a claim within the Court's admiralty and maritime jurisdiction pursuant to 28 U.S.C. §§1331 and 1333 and 46 USC §§ 30501 *et seq.* Petitioner specifically invokes Rule 9(h) or the Federal Rules of Civil Procedure.

2. At all times material hereto, the Yamaha Pleasure Watercraft bearing Hull ID# YAMA0773A121 (the "Vessel"), was owned by the Petitioner, KEY WEST JETSKI, INC., a Florida limited liability company with its principal place of business located at 5001 5th Ave, Key West, Florida 33040 ("Owners").

3. At all times material hereto, the Vessel was registered in Key West, Monroe County, Florida.

4. At all times material hereto, the Vessel was rented to and operated by India Harper ("Operator").

5. The incident giving rise to this matter occurred on June 5, 2021, occurred during the course of a one hour jet ski rental tour in the navigable waters in or around the Cow Key channel near Key West, Florida.

6. This Complaint is filed within six (6) months of the Owners receiving their first notice of a claim.

## OPERATIVE FACTS REGARDING THE INCIDENT

7. The incident involved the allision of the Yamaha Personal Watercraft bearing Hull ID# [ ] (the "Vessel") with the mangroves in or around Cow Key channel during a jet ski tour of the areas surrounding Key West, Florida.

8. The incident occurred on the navigable waterways of Cow Key channel on June 5, 2021.

9. Prior to the incident on June 5, 2021, India Harper and her daughter London Williford rented the Vessel from KEY WET JETSKI, INC. pursuant to the Bare Boat Lease Rental Contract (attached hereto as **Exhibit "1"**) for the purposes of participating in the aforementioned jet ski tour in the navigable waters around Key West, Florida.

10. Prior to the commencement of their Vessel rental and the incident on June 5, 2021, India Harper and daughter London Williford each completed and initialled each item on the two page PWC Renter Orientation Checklist (attached hereto as **Exhibit "2"**) that cautions renters to "***Know Operational Controls***", "***Do Not Release Throttle When Trying to Steer***", "***Take Early Action to Avoid Collisions***", "***Scan Constantly***", "***Operate Defensively***", and "***Avoid Aggressive Maneuvers***".

11. Prior to the commencement of their Vessel rental and the incident on June 5, 2021, India Harper and daughter London Williford each executed the Release of Liability, Assumption of Risk, Waiver of Claims, Indemnification & Binding Arbitration Agreement (attached hereto as **Exhibit "3"**).

12. Prior to the commencement of their Vessel rental and the incident on June 5, 2021, India Harper and daughter London Williford each executed KWJ's Notice to the Minor Child's Natural Guardian waiver (attached hereto as **Exhibit "4"**).

13. Prior to the commencement of their Vessel rental and the incident on June 5, 2021, India Harper and daughter London Williford each completed and initialled every item on a second PWC Renter Orientation Checklist (attached hereto as **Exhibit "5"**).

14. Both PWC Renter Orientation Checklists executed by India Harper and London Williford clearly and repeatedly stresses the importance of avoiding collisions by scanning constantly, maintaining a safe speed, and maintaining a safe distance from objects and other boats, specifically warning in the "***Avoid Collisions***" subsection:

> "***Do Not Release Throttle when Trying to Steer***
> - *You need throttle to steer.*
>
> ***Take Early Action to Avoid Collisions***
> - *Remember, PWCs and other boats do not have brakes*."

15. As a routine custom and practice, Petitioner required all jet ski tour participants to complete the aforementioned PWC Orientation Checklists prior to the commencement of their rentals and to attend a further fifteen (15) minute oral safety briefing by one of the Petitioner's tour guide thoroughly covering each and every one of the safety items on the PWC Orientation Checklists.

16. Prior to the commencement the jet ski tour on June 5, 2021, India Harper and London Williford were then given this further fifteen (15) minute oral safety briefing (thoroughly detailing the PWC controls and directions for avoiding collisions) by Petitioner's tour guide assigned to the jet ski tour.

17. Shortly after the jet ski tour commenced around 1:30 p.m. on June 5, 2021, as the jet skis were exiting the no wake zone of Cow Key channel, India Harper proceeded to crash the jet ski she was operating into the mangroves on the side of the channel at a high rate of speed.

18. India Harper is believed to have sustained some injuries, including scratches, as the result of her allision with the mangroves.

19. Immediately following the incident, the Petitioner's tour guide called for assistance and first aid was rendered to India Harper at the scene.

20. Ms. Harper was subsequently brought ashore by boat, where an ambulance was waiting to transport her to a medical facility.

21. Florida Fish and Wildlife Commission (FFWC) appeared at the scene to investigate shortly thereafter.

22. At all times material hereto, the Vessel was seaworthy properly and efficiently manned, supplied, equipped, and furnished; and well and sufficiently fitted and supplied with

suitable machinery, tackle, apparel and appliances, all in good order and condition and suitable for the use for which it was engaged.

23. The incident of June 5, 2021 as aforeseaid, and the resulting injuries, losses and damages, were neither caused, nor were contributed to, by any fault, neglect, or want of care on the part of the Petitioner, nor anyone for whose acts Petitioner are, or may be responsible, but on the contrary, were caused solely by conditions beyond Petitioners' control and actual or constructive knowledge.

24. Petitioner denies any privity with or knowledge of any particular wrongful act or omission, fault, want of due care or breach of any duty that could be considered a legal cause of the incident.

25. The following persons, as of this date, have asserted claims against the Petitioner as a result of the incident of June 5, 2021:

(a) Liza Park, Esq.
Kaine Law, LLC
1441 Dunwoody Village Pkwy #100
Atlanta, GA 30338
Phone: (404) 882-2963

(b) India Harper, Vessel Operator

(c) London Williford, Passenger

26. Petitioner desires to contest their liability for any such claims and, therefore, shows they are entitled to a decree exonerating them and the vessel from liability. Should this Honorable Court, however, adjudge that Petitioner is liable to any extent in the premises, then Petitioner claims the benefit of limitation of liability as provided in 46 U.S.C.A. Section 30501 et seq., and all statutes amendatory thereof and supplementary thereto.

27. Petitioner alleges that the amount of the damages and/or claim hereinabove described potentially exceed the amount or value of Petitioners' interest in the Vessel together with any freight pending. Petitioner offers and files its Certificate of No Freight Pending attached hereto as **Exhibit "6"** accordingly.

28. Petitioner asserts that the value of the Vessel was less than $9,500.00 following the termination of the June 5, 2021 incident which gives rise to this limitation action.

29. Petitioner offers and files an Affidavit of Value by Donald Kirkpatrick on behalf of the Petitioner, KEY WEST JETSKI, INC., the owner of the Vessel after the incident, attesting that the value of the Vessel is less than $9,500.00 attached hereto as **Exhibit "7"**.

31. Petitioner offers and files an Ad Interim Stipulation (attached hereto as **Exhibit "8"**) with approved surety for the payment into this Honorable Court of the aggregate amount of Petitioner's interest in the Vessel at the termination of the voyage aforesaid, with interest at the rate of six (6%) percent per annum from the date of the Stipulation, and for all costs; and in addition thereto, Petitioner is preparing to give bond or stipulation for any amount in excess of the Ad Interim Stipulation as may be ascertained and determined to be necessary under any orders of this Honorable Court, as provided by the laws of the United States and the Federal Rules of Civil Procedure.

**WHEREFORE**, Petitioner requests:

(a) In accordance with the provisions set forth in Supplemental Rule (F)(4) and Local Admiralty Rule 7.01(g), that this Honorable Court enter an Order directing issuance of a notice to all persons, firms and corporations claiming damage for any and all losses, damages, destructions, deaths or injuries, resulting from the incident of June 5, 2021, admonishing each of them to

file their claim with the Clerk of this Court and serve copies of said claims on the attorney for Petitioner on or before the date fixed by the Court in the notice or be forever barred or permanently enjoin from making or filing any such claims, to make due proof of their respective claims before this Court, and to appear and answer the allegations of this Complaint according to the law and rules and practices of this Court on or before a certain time to be fixed by the notice;

(b) that this Honorable Court enter an Order approving the Ad Interim Stipulation filed by Petitioner;

(c) that this Honorable Court restrain, stay and enjoin the further prosecution of any and all actions, suits, or proceedings already commenced and the commencement or prosecution thereafter of any and all actions, suits or proceedings of any nature or description whatsoever in any jurisdiction against Petitioner, as aforesaid, or against the Yamaha Pleasure Watercraft bearing Hull ID# YAMA0773A121 ("Vessel") or against any property of the Petitioner, except in this action to recover damages for or in respect of any loss, damage, injury, or destruction caused by or resulting from the aforesaid voyage;

(d) that this Honorable Court enter judgment that Petitioner and the vessel are not liable for any losses, damages, deaths, injuries, destruction, or any other claim whatsoever arising out of the incident of June 5, 2021, or out of the voyage described herein and that accordingly Plaintiff be exonerated from any and all liability which has been or may be claimed against them as a result of this voyage and incident; in the alternative if such liability is found to exist, that Petitioners' liability be limited to the amount of the value of the Petitioners' interest in the Vessel and pending freight immediately after the above-mentioned incident of June 5, 2021; and that the money or security paid be divided pro rata among such Claimants as may duly

provide their claims before this Court, saving to all parties any priorities they may be legally entitled to; and that judgment and decree be entered discharging Petitioner and the Vessel of and from all further liability and forever enjoining and prohibiting filing and prosecution of any claims against Petitioner or their property in consequence of or in connection with the matters and happening referred to in this Complaint.

(e) that Petitioner be granted such other, further, or different relief as may be proper under the circumstances.

Dated this 15th day of November, 2021.

Respectfully submitted,

By: ___/s/ Neil Bayer___
Neil Bayer, Esq.
Fla Bar No.: 615684

By: ___/s/ Chase Alexandra Jansson___
Chase Alexandra Jansson, Esq.
Fla Bar No.: 1002265

Campbell Johnston Clark, LLP
*Attorneys for the Petitioner*
2600 Douglas Road
Suite 508
Coral Gables, FL  33134
Tel. : 786-204-3784
Email: neil@cjclaw.com
Email: chase@cjclaw.com
Email: cindy@cjclaw.com